No. 83–1774. RAYMARK INDUSTRIES, INC. *v.* CLAY ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1784. PORT HOUSTON MARINE, INC. *v.* DOCKSIDE TERMINAL SERVICES, INC. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 83–1786. AARSVOLD ET AL. *v.* GREYHOUND LINES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–1794. REGAN *v.* TOWN OF BROOKHAVEN. C. A. 2d Cir. Certiorari denied.

No. 83–1804. SANDUSKY REAL ESTATE, INC., DBA REAL ESTATE ONE, ET AL. *v.* McDONALD ET UX. C. A. 6th Cir. Certiorari denied.

No. 83–1825. CORD *v.* NEUHOFF ET AL., CO-EXECUTORS OF THE ESTATE OF CORD. Sup. Ct. Nev. Certiorari denied.

No. 83–1837. WATKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1859. FOTHERGILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1881. M & K FARMS, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1883. DOAMAREL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5846. LEE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6277. HANDY *v.* PECK. C. A. 4th Cir. Certiorari denied.

No. 83–6352. GOLDADE *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 83–6457. LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6466. WOLF *v.* GARDNER, WARDEN. C. A. 9th Cir. Certiorari denied.